IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AKRON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 10-50850 |
| JAMES E. PHILLIPS<br>KAREN B. PHILLIPS, | CHAPTER 13 |
| Debtors. | CHIEF BANKRUPTCY JUDGE<br>MARILYN SHEA-STONUM |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the undersigned is counsel for PNC Bank, National Association, successor by merger with National City Bank, and pursuant to Bankruptcy Rules 2002 and 9010 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtors, the property of the Debtors, or PNC Bank, National Association.

1

Respectfully submitted,

/s/ Roger J. Stevenson
Roger J. Stevenson – (0014366)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
E-mail: rstevenson@ralaw.com;

ATTORNEY FOR PNC BANK, NATIONAL ASSOCIATION

**CERTIFICATE OF SERVICE**

This is to certify that the Notice of Appearance and Request for Service of Papers was electronically transmitted on October 12, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Andrew D. Goldberg    Bkmail@rosicki.com
- Nicole M. Hitch    nhitch@brouse.com, tpalcic@brouse.com;ckovach@brouse.com
- Morris H Laatsch    jwander@kzdylaw.com
- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov

/s/ Roger J. Stevenson
Roger J. Stevenson

1708283/062883/0082

2

10-50850-mss    Doc 30    FILED 10/12/10    ENTERED 10/12/10 09:06:09    Page 2 of 2